ACCEPTED
04-15-00005-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/14/2015 10:55:30 AM
KEITH HOTTLE
CLERK

NO. 04-15-00005-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/14/2015 10:55:30 AM
KEITH E. HOTTLE
Clerk

IN RE ESTATE OF JACK HIROMI IKENAGA, SR., DECEASED

ON APPEAL FROM THE PROBATE COURT NO. 1, BEXAR COUNTY, TEXAS
CAUSE NO. 2011PC4330

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellees Jack Ikenaga, Jr., William D. Bailey, Temporary Administrator or the Estate of Jack Ikenaga Jr., Nancy Sumners, Christine Ikenaga, Patrick Gasiorowski, and Eric J. Goodman respectfully present this unopposed first motion to extend time in which to file their Appellees' Brief pursuant to Texas Rule of Appellate Procedure 38.6. No previous motions for extension of time to file the Appellees' Brief have been filed. In support of this motion, Appellees would show the Court as follows:

**I.**

Following two extensions, Appellant timely filed her principal brief on June 24, 2015. As a result, Appellees' Brief is currently due on July 24, 2015. Appellees intend to file a single brief, and that brief will be drafted principally by the undersigned. Because of the events and matters described more fully below, Appellees request an extension of an additional 45 days in which to file their Appellees' Brief or until September 8, 2015.

**II.**

The requested extension is necessary because the following matters have prevented the undersigned from completing the Appellees' Brief and will preclude the undersigned from doing so sooner than September 8, 2015:

1. The undersigned was required to prepare the Appellants' Brief in *Dennis Rayner and Joe Tex Xpress, Inc. v. Krista Dillon*, No. 06-15-00009-CV, which is currently due on July 17, 2015;

2. The undersigned was required to attend mediation in Tyler, Texas relating to *Dennis Rayner and Joe Tex Xpress, Inc. v. Krista Dillon*, No. 06-15-00009-CV;

3. The undersigned prepared and revised post-judgment filings in *Robertson Electric, Inc. v. Select Building Systems, Inc. et al.*, No. 13-212, in the 216th District Court, Kendall County, Texas;

4. The undersigned has been ordered to file a response to the petitioners' motion for rehearing in *City of Houston and Daniel W. Krueger, in His Official Capacity as Director of Public Works & Engineering v. Little Nell Apartments, LP et al.*, No 14-0473, in the Texas Supreme Court; and

5. The undersigned has been out of the office attending meetings associated with his service as President-elect of the Texas Young Lawyers Association.

For all of the reasons explained above, counsel for Appellees cannot complete the Appellees' Brief by its current due date of July 24, 2015, and needs an additional 45 days in which to do so.

## III.

On July 7, 2015, the undersigned conferred with David McLane, counsel for Appellant. Mr. McLane indicated that Appellant would not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request that this Court grant their motion for extension of time in which to file their Appellees' Brief, extend the deadline in which to file the brief an additional 45 days up to and including September 8, 2015, and grant such other and further relief to which Appellees may be justly and equitably entitled.

Respectfully submitted,


/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0882
Facsimile: (210) 826-0075
sam@hdappeals.com

SHELAYNE CLEMMER
State Bar No. 24044733
KEVIN M. YOUNG
State Bar No. 22199700
PRITCHARD, HAWKINS,
MCFARLAND & YOUNG, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 477-7400
Facsimile: (210) 477-7450
sclemmer@phymy.com
kyoung@phmy.com

MARK STANTON SMITH
State Bar No. 18649100
HEARD & SMITH, L.L.P.
3737 Broadway, Suite 310
San Antonio, Texas 78209
Telephone: (210) 820-3737
Facsimile: (210) 820-3777
atysmith@heardandsmith.com

ATTORNEYS FOR APPELLEES

4

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 14th day of July, 2015:

David L. McLane                                    *via email/eservice*
Attorney at Law
9901 IH-10 West, Ste. 695
San Antonio, Texas  78230
dlmclanelaw@yahoo.com

Roger L. McCleary                                  *via email/eservice*
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Ste. 2500
Houston, Texas 77056
rmcleary@bmpllp.com


                                    /s/ Samuel V. Houston, III
                                    SAMUEL V. HOUSTON, III